## Commonwealth v. Green, Appellant.

Submitted December 7, 1970. *Thomas E. Duffy*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, Executive Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Harrison, Appellant.

Argued December 7, 1970. *A. Benjamin Johnson, Jr.*, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.